No. 91–8469.  GIBBS *v.* JABE, WARDEN, ET AL.  C. A. 6th Cir. Certiorari denied.

No. 91–8470.  HART *v.* THALACKER, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 91–8472.  MARIN *v.* SUTER, CLERK, SUPREME COURT OF THE UNITED STATES, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 91–8473.  PRENZLER *v.* KLEINMAN.  C. A. 9th Cir.  Certiorari denied.

No. 91–8474.  WRIGHT *v.* ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 91–8476.  HARRIS *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 91–8477.  LUCIEN *v.* PETERS, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 91–8479.  COREY *v.* DEPARTMENT OF LABOR.  C. A. 6th Cir.  Certiorari denied.

No. 91–8481.  PRENZLER *v.* KLEINMAN.  C. A. 9th Cir.  Certiorari denied.

No. 91–8482.  NITA *v.* CONNECTICUT.  App. Ct. Conn.  Certiorari denied.

No. 91–8484.  ANDERSON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 91–8485.  OVIEDO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–8486.  MOUNT *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 91–8487.  FROST *v.* OHIO.  Ct. App. Ohio, Franklin County. Certiorari denied.

No. 91–8489.  WIELGOS *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.